UNIVERSITY of VIRGINIA
SCHOOL of LAW

J. Scott Ballenger
Assistant Professor of Law, General Faculty
Director, Appellate Litigation Clinic

November 23, 2022

Patricia S. Dodszuweit, Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:  No. 19-1732, *Wayne Prater v. Pennsylvania Dept. of Corrections*, No. 20-2254, *Aaron Vaughn v. Imohoff*, and No. 20-2897, *Isaac Vaughan, Jr. v. Albion SCI*

Dear Ms. Dodszuweit,

The Court appointed me as *amicus curiae* to support the appellants in the three appeals listed above, and also invited the Commonwealth to file briefs. As we understand it, the *Vaughan* and *Vaughn* cases have at this point been consolidated "for all purposes," while the *Prater* case has been consolidated with the other two only "for scheduling and disposition."

After studying the issues, we believe that we can file a single *amicus curiae* brief regarding all three cases, within the ordinary word limits for a party's opening brief. That brief will argue that the magistrate judges lacked jurisdiction to enter final judgment in all three cases, and that this Court has both jurisdiction and inherent supervisory power to vacate those judgments. It would also present brief arguments in support of each appellant on the merits, in case this Court determined that the magistrate judge did have jurisdiction in any or all of the cases. We think it would be most helpful to the Court for us to file three separate joint appendices, with the "Volume one" materials described in the Court's Local Appellate Rule 32.2(c) incorporated into the beginning of each distinct appendix rather than attached to the brief itself.

I have conferred with counsel for the Commonwealth, and they are in agreement with this proposal but reserve the right to file separate briefs if they conclude the issues warrant it.

Best regards,

J. Scott Ballenger